## Marcus Young v. Chester Kinney.

Error to St. Clair Circuit.

*Atkinson & Stevenson,* for plaintiff in error.

*Whipple & Potter,* for defendant in error.

GRAVES, J :

This case is disposed of by *Young v. Taylor,* just decided. The judgment must be affirmed, with costs.

The other Justices concurred.